# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **MICKIE BUTLER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 2:21-000350-JB-C |
| **WAL-MART STORES EAST, LP,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## JUDGMENT

In accordance with the Order entered July 28, 2022 (Doc. 62), it is **ORDERED, ADJUDGED**, and **DECREED** that this action is **DISMISSED** with prejudice.

**DONE and ORDERED** this 28th day of July, 2022.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE